## YOUNG V. THE STATE.

*Larceny.*

(Decided April 12th, 1906. 40 So. Rep. 656.)

APPEAL from Anniston City Court.

Heard before HON. T. W. COLEMAN, JR.

TATE & WALKER, for appellant.

MASSEY WILSON, Attorney General, for State.

Affirmed.

Opinion by TYSON, J.

WEAKLEY, C. J., and SIMPSON and ANDERSON, JJ., concur.

---

## CAPEHART V. McGAHEY.

*Assumpsit.*

. (Decided April 12th, 1906. 40 So. Rep. 657.)

APPEAL from Marshall Circuit Court.

Heard before HON. W. W. HARALSON.

STREET & ISBELL, for appellant.

GOODHUE & BLACKWOOD, for appellee.

Affirmed.

Opinion by ANDERSON, J.

WEAKLEY, C. J., and TYSON and SIMPSON, JJ., concur.

---

## MAYERS V. THE STATE.

*Selling Liquor Without License.*

(Decided April 19th, 1906. 40 So. Rep. 658.)

APPEAL from Bibb County Court.

Heard before HON. W. L. PRATT.

W. A. COLLIER, for appellant.

MASSEY WILSON, Attorney General, for State.

Appeal dismissed.

Opinion by DENSON, J.

WEAKLEY, C. J., and HARALSON and DOWDELL, JJ., concur.